1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freeman Ray Davis, individually and on behalf of all others similarly situated, | Case No. 20cv2209-DMS-DEB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| SJ EUS Food Inc., and Does 1-10, | |
| Defendants. | Complaint Served:     Nov. 13, 2020 |
| | Current Response Date: Feb. 10, 2021 |
| | New Response Date:     March 12, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Joint Motion and ORDERS that Defendant SJ EUS Food Inc. shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint, to March 12, 2021.

**IT IS SO ORDERED.**

Dated:  February 2, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court