# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SJ EUS FOOD INC, d/b/a SARKU JAPAN, a Delaware corporation; and DOES 1 to 10, inclusive,<br>    Defendants. | Case No.: 3:20-cv-02209-DMS-DEB<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Freeman Ray Davis' request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action, is GRANTED in full. Each party shall bear its own costs, experts' fees, and attorneys' expenses.

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court